UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>ISIDRO BENITEZ-CASTILLO,<br><br>                    Defendant. | NO. CR14-5159 BHS<br><br>ORDER TO CONTINUE MOTIONS RESPONSE DATE |

The Court, having considered the government's Consent Motion to Continue the Motions Response Date, and for the reasons stated therein, finds that the government may have additional time to respond to pending motions in the above-captioned case.  Accordingly, it is hereby

ORDERED that the government's responses to the pending motions in the above-captioned case (dkt nos. 114, 115, 117, and 118) are due no later than January 14, 2015; and it is further

ORDERED that the defendant's reply, if any, is due on January 16, 2015; and it is further

ORDERED that the above-referenced motions are re-noted to January 16, 2015.

DATED this 8th day of January, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

*/s/ Jerrod C. Patterson*
JERROD C. PATTERSON
Assistant U.S. Attorney

*U.S. v. Isidro-Benitez*, CR14-5159 BHS - 1
ORDER TO CONTINUE MOTIONS RESPONSE DATE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970