Judge Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
)
 Plaintiff, ) NO. CR14-5159BHS
)
v. ) ORDER ON BENITEZ'S
) MOTION TO SEAL AND
) FILE EX PARTE
)
ISIDRO BENITEZ CASTILLO, )
)
 Defendants. )
_____ )

Having read defendant Benitez's Motion to Seal counsel's Declaration in support of his Motion for New Counsel and file it ex parte,

THE COURT ORDERS THAT counsel's Declaration in support of Benitez's Motion for New Counsel shall remain under seal and may be filed ex parte.

DONE this  3rd  day of  April , 2015.

*[signature]*

U.S. District Court Judge

ORDER - 1

ROBERT W. GOLDSMITH
*Attorney at law*
705 Second Ave.
Seattle, WA  98104
(206) 623-1592