UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

           Plaintiff,

   v.

CARLOS VALDOVINOS-DIAZ, et al.,

           Defendants.

CASE NO. CR14-5159 BHS

ORDER DENYING MOTIONS TO SUPPRESS

This matter comes before the Court on Defendant Isidro Benitez-Castillo's motion to suppress (Dkt. 117), Defendant David Lozano-Alvarado's motion to suppress (Dkt. 121), and Defendant Fabian Valdovinos-Perez's motion to suppress (Dkt. 191), which Benitez-Castillo joined (Dkt. 192).

The Court has considered the pleadings filed in support of and in opposition to the motions, the testimony and oral arguments offered at the hearing, and the remainder of the file and hereby **DENIES** the motions. The Court will orally provide reasons for the denials at the Pretrial Conference April 27, 2015.

**IT IS SO ORDERED**.

Dated this 8th day of April, 2015.

                      BENJAMIN H. SETTLE
                      United States District Judge

ORDER - 1