The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISIDRO BENITEZ-CASTILLO,<br>OSCAR RODRIGUEZ-RODRIGUEZ,<br>FABIAN VALDOVINOS-PEREZ,<br>DAVID LOZANO-ALVARADO,<br><br>Defendants. | NO. CR14-5159 BHS<br><br>PROTECTIVE ORDER |

This matter, having come to the Court's attention on the Motion for Protective Order, and the Court, having considered the entirety of the record and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. <u>Permissible Disclosure of Protected Material.</u>

The material that is described in the Motion is deemed "Protected Material." The United States will make available copies of the Protected Material to defense counsel to comply with the government's discovery obligations. Possession of the Protected Material is limited to defense counsel, as well as their investigators, paralegals, assistants, law clerks, and experts (hereinafter collectively referred to as "members of the defense team").

PROTECTIVE ORDER - 1
U.S. v. Benitez, et al. – CR15-5159 BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Members of the defense team may not provide copies of the Protected Material to other persons, including the defendant himself. In addition, defense counsel is required to provide a copy of this Protective Order to members of the defense team, and obtain written consent from members of the defense team of their acknowledgment to be bound by the terms and conditions of this Protective Order, prior to providing any Protected Material to the members of the defense team. The written consent need not be disclosed or produced to the United States unless requested by the Assistant United States Attorney and ordered by the Court.

This order does not limit employees of the United States Attorney's Office for the Western District of Washington from disclosing the Protected Material to members of the United States Attorney's Office, federal law enforcement agencies, and to the Court and defense as necessary to comply with the government's discovery obligations.

2. <u>Filing</u>

Any Protected Material that is filed with the Court in connection with pretrial motions, trial, or other matters before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.

3. <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution. Furthermore, at the close of this case, defense counsel shall return the Protected Material, including all copies of the Protected Material, to the office of the United States Attorney, or otherwise certify that the material has been destroyed.

//

//

PROTECTIVE ORDER - 2

*U.S. v. Benitez, et al. – CR15-5159 BHS*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Violation of Any Terms of this Order

Any person who willfully violates this order may be held in contempt of court and may be subject to monetary or other sanctions as deemed appropriate by this Court.

DATED this 23 day of April, 2015.

BENJAMIN H. SETTLE
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Jerrod C. Patterson
JERROD C. PATTERSON
Assistant United States Attorney

PROTECTIVE ORDER - 3

U.S. v. Benitez, et al. – CR15-5159 BHS

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970