UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ISIDRO BENITEZ-CASTILLO; OSCAR RODRIGUEZ-RODRIGUEZ; FABIAN VALDOVINOS-PEREZ; and DAVID LOZANO-ALVARADO,

    Defendants.

CASE NO. CR14-5159 BHS

ORDER SETTING BRIEFING SCHEDULE

This matter comes before the Court on Defendants' motions for acquittal under Rule 29. (Dkts. 298, 303, & 304).

Before the close of evidence, Defendants made and filed motions for acquittal under Fed. R. Crim. P. 29. The Court reserved rulings on these motions. Fed. R. Crim. P. 29(b). In order to allow the parties additional time to fully brief the issues to be considered, the Court sets the following briefing schedule:

Opening briefs, if any:    June 19, 2015

Response:    July 6, 2015

Reply:    July 10, 2015

**IT IS SO ORDERED**.

Dated this 2nd day of June, 2015.

BENJAMIN H. SETTLE
United States District Judge